

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

By ECF and Fax  
The Honorable Nelson S. Román  
United States District Judge  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601-4150

March 3, 2020

Re: Marhone v. Cassel, 16-Civ-4733 (NSR)(LMS)(pro se)

Dear Judge Román:

This office represents Superintendent Joseph Smith, the remaining defendant in this pro se prison conditions matter. Defendant respectfully requests an adjournment of the status conference currently scheduled for March 6, 2020. The adjournment is requested because of additional discovery issues discussed at the conference before Magistrate Judge Smith on February 27, 2020. Another conference is scheduled before Judge Smith on March 16, 2020, but defendants respectfully request that the conference before Your Honor not be rescheduled before April 5, 2020, as I expect to take one more witness deposition on a date to be scheduled prior to then. I will also be unavailable April 8-10 and 22-24. The Court has previously adjourned the conference sua sponte by Court order dated May 6, 2019, and following defendant's five prior requests due to the continuation of discovery by orders dated June 17, September 6, October 16, October 30, and December 16, 2019. Plaintiff was informed that this application would be forthcoming at the February 27 conference before Judge Smith and did not object.

Respectfully submitted,

STEVEN N. SCHULMAN  
Assistant Attorney General  
(212) 416-8654

cc: Conrad Marhone (by Mail)  
02-A-2625  
Eastern Correctional Facility  
Box 338  
Napanoch, NY 12458-0338

The Hon. Lisa M. Smith, USMJ (by ECF)

The Status Conf. is adjourned from March 6, 2020 until April 17, 2020 at 12:00 pm. Deft's counsel shall appear in person and make arrangements for Pltf. to appear via telephone. Clerk of the Court directed to mail a copy of this endorsement to pro se Pltf., show proof of service on the docket and terminate the motion (doc. 93).  
Dated: March 3, 2020   SO ORDERED.

Nelson S. Román, U.S.D.J.