**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                         May 29, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## RE-SCHEDULING NOTICE

The matter of <u>Marhone v. Cassel, et al.</u>, 16-cv-4733 (NSR) (LMS), has been ***re-scheduled*** from a telephonic status conference on Thursday, June 25, 2020, at 10:30 AM before the Hon. Lisa Margaret Smith, United States Magistrate Judge, to a telephonic status conference on **Friday, June 26, 2020, at 2:15 PM**. All persons participating in this status conference may do so by accessing the AT&T Teleconference Information previously published to the docket sheet. Chambers sent a copy of this notice to <u>Pro Se</u> Plaintiff at address of record via mail.

*Re: Incarcerated Prisoners*

*It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate correctional facility to have the petitioner/plaintiff available via telephone.* ***If the petitioner/plaintiff is no longer incarcerated, respondent/defendant shall forward a copy of this notice to his/her last known address.***

SO ORDERED: */s/ Lisa Margaret Smith*
                                                                                      Hon. Lisa Margaret Smith
                                                                                          U.S.M.J.