**MEMO ENDORSED**





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2020

### STATE OF NEW YORK
### OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

By ECF and Fax
The Honorable Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

July 13, 2020

           Re:    Marhone v. Cassel, 16-Civ-4733 (NSR)(LMS)(pro se)

Dear Judge Román:

        This office represents Superintendent Joseph Smith, the remaining defendant in this pro se prison conditions matter. Defendant respectfully requests an adjournment of the status conference currently scheduled for July 17, 2020. The adjournment is requested because discovery continues and another conference is scheduled before Judge Smith on August 4, 2020. In addition, briefing on plaintiff's motion for reconsideration has been extended and is currently not scheduled to be complete until August 26, 2020. The Court has granted defendant's six prior requests due to the continuation of discovery by orders dated June 17, September 6, October 16, October 30, and December 16, 2019, and March 3, 2020. The Court has also previously adjourned the conference sua sponte twice by orders dated May 6, 2019, and April 13, 2020. Plaintiff was informed that this application would be forthcoming at the June 26 conference before Judge Smith and did not object.

                                    Respectfully submitted,

                                    /s/ Steven N. Schulman
                                  STEVEN N. SCHULMAN
                                  Assistant Attorney General
                                  (212) 416-8654

cc:    Conrad Marhone (by Mail)
        02-A-2625
        Eastern Correctional Facility
        Box 338
        Napanoch, NY  12458-0338

        The Hon. Lisa M. Smith, USMJ (by ECF)

Defendant's request is granted. The Status Conf. scheduled for July 17, 2020 is adjourned until Oct. 2, 2020 at 11:30 am. Defendant directed to mail a copy of this endorsement to pro se Plaintiff and file proof of service on the docket. Clerk of the Court requested to terminate the motion (doc. 115).

Dated: July 13, 2020  SO ORDERED.

Nelson S. Román, U.S.D.J.