**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CONRAD MARHONE,

                Plaintiff,

    -against-                                    16 **CIVIL** 4733 (NSR)

                                                  **JUDGMENT**

C.O. J. CASSEL, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 26, 2022, Plaintiff's Motion for Default Judgment is DENIED. Defendant Joseph Smith's Motion for Summary Judgment is GRANTED in its entirety, and all claims in this action are DISMISSED against ALL Defendants. Judgment is entered in favor of Defendant Smith.

**Dated:**  New York, New York

      September 27, 2022

                                                        **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                                  **BY:**     *K. Mango*

                                                           **Deputy Clerk**